No. 292. ACME SPECIALTIES CORP. *v.* BIBB, DIRECTOR OF DEPARTMENT OF PUBLIC SAFETY, ET AL. Supreme Court of Illinois. Certiorari denied. *James C. Murray* for petitioner. *Latham Castle,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for respondents.

No. 293. IN RE COOPER. United States Court of Customs and Patent Appeals. Certiorari denied. *John A. Marzall* for petitioner.

No. 298. ATCHISON, TOPEKA & SANTA FE RAILWAY Co. ET AL. *v.* ARMOUR & Co. C. A. 7th Cir. Certiorari denied. *Robert H. Bierma* for petitioners. *Weymouth Kirkland, Howard Ellis, George E. Leonard, Jr.* and *Marcus Whiting* for respondent.

No. 299. CUBA RAILROAD Co. *v.* UNITED STATES. C. A. 2d. Cir. Certiorari denied. *Henry M. Marx* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, Robert N. Anderson* and *Joseph Kovner* for the United States.

No. 303. COFER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Peyton Ford* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Eugene L. Grimm* for the United States.

No. 314. REYNOLDS METALS Co. *v.* YTURBIDE ET AL. C. A. 9th Cir. Certiorari denied. *Gustav B. Margraf* for petitioner. *George W. Mead* for respondents.